Case 7:21-cr-00911   Document 46   Filed on 06/15/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUN 1 5 2021

Nathan Ochsner, Clerk

103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §  Criminal No. M-21-911-S1 |
| | § |
| JAIME RIOS | § |
| MARITZA TREVINO | § |
| RENE FUENTES, JR. | § |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about April 4, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME RIOS
MARITZA TREVINO
and
RENE FUENTES, JR.**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about April 4, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JAIME RIOS**
**MARITZA TREVINO**
and
**RENE FUENTES, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 26 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY